Peter A. Meyer, appellant, v. Samuel A. Cohn, appellee. Gen. No. 39,020.

Opinion filed November 30, 1936.

Lederer, Livingston, Kahn, Adler & Adsit, for appellant; Harry H. Kahn and Archie H. Siegel, of counsel. Joseph J. Augustus, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.